IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTINA ASHBY, | ) | |
| | ) | |
| Plaintiff, | ) | 1:15-cv-06531 |
| | ) | |
| v. | ) | Judge Tharp |
| | ) | Magistrate Judge Cox |
| MIDWEST FIDELITY SERVICES, LLC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO SETTLEMENT

NOW COMES the Plaintiff, CHRISTINA ASHBY, by and through her attorneys, SMITHMARCO, P.C., and for her Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses her case pursuant to a settlement agreement reached by the parties.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that the dismissal of the above captioned matter be *without* prejudice and without costs to either party, and with leave for Plaintiff to seek reinstatement within one hundred and sixty (160) days from the date of entry of this Notice of Dismissal.

4. Plaintiff requests that if this case has not been reinstated within one hundred and sixty (160) days from the date of entry of this Notice, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal *without* prejudice to a dismissal *with* prejudice.

5. Plaintiff further requests that the status set for November 19, 2015, be stricken.

                                              Respectfully submitted,
                                              **CHRISTINA ASHBY**

                                  By:    s/ David M. Marco
                                              Attorney for Plaintiff

Dated: November 16, 2015

David M. Marco (Atty. No.: 6273315)
SMITHMARCO, P.C.
20 South Clark Street, Suite 2120
Chicago, IL 60603
Telephone:  (312) 546-6539
Facsimile:   (888) 418-1277
E-Mail:       dmarco@smithmarco.com